Certificate Number: 20476-NJ-DE-041054058

Bankruptcy Case Number: 26-14888



20476-NJ-DE-041054058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2026, at 6:58 o'clock PM EDT, Wayne Slack completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 3, 2026                    By:    /s/Scott E Kehiaian

Name:  Scott E Kehiaian

Title:   TEN Representative