UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MARTONE & UHLMANN
A PROFESSIONAL CORPORATION
777 Passaic Avenue, Suite 535
Clifton, NJ 07012
(973) 473-3000
bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC BANK, NATIONAL ASSOCIATION
    36.5096

In re:

Wayne Slack And Beth Ann Slack Aka Bathann Farina

Case No. 26-14888

Chapter 13

Hon. Judge Mark E. Hall

## NOTICE OF APPEARANCE

        Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of PNC BANK, NATIONAL ASSOCIATION. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

TO:    Martone & Uhlmann
       777 Passaic Avenue, Suite 535
       Clifton, NJ 07012

DOCUMENTS:
☒    All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒    All documents and pleadings of any nature.

                                        Martone and Uhlmann, P.C.

                                        By: /s/Dennis P. Uhlmann, Jr.
Dated: 06/04/2026                            Dennis P. Uhlmann, Jr., Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
MARTONE & UHLMANN
A PROFESSIONAL CORPORATION
777 Passaic Avenue, Suite 535
Clifton, NJ 07012
(973) 473-3000
bky@martonelaw.com
Attorneys for Secured Creditor/Servicing Agent
PNC BANK, NATIONAL ASSOCIATION
   36.5096

In re:

Wayne Slack And Beth Ann Slack Aka
Bathann Farina

Case No. 26-14888

Chapter 13

Hon. Judge Mark E. Hall

## CERTIFICATION OF SERVICE

1.  I, Melissa Uhlmann am the Legal Assistant for Dennis P. Uhlmann, Jr., Esq., who represents PNC BANK, NATIONAL ASSOCIATION in the above captioned matter.

2.  On June 4, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart:

    Notice of Appearance

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

/s/Melissa Uhlmann
Melissa Uhlmann

Dated: June 4, 2026

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wayne Slack And Beth Ann Slack Aka Bathann Farina<br>109 BROOKLYN STANHOPE ROAD<br>HOPATCONG, NJ 07874 | Debtor(s) | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Law Offices Of Wenarsky And Goldstein, LLC<br>Scott J. Goldstein, Esq.<br>410 Route 10 West, Suite 214<br>Ledgewood, NJ 07852 | Debtor(s) Attorney | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| Marie-ann Greenberg, Esq.<br>Greenberg, Marie-ann<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>✓ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>✓ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.