Certificate Number: 20476-NJ-DE-041066692

Bankruptcy Case Number: 26-14888

20476-NJ-DE-041066692

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2026, at 5:41 o'clock PM EDT, Beth Ann Slack completed a course on personal financial management given by internet by Marie-Ann Greenberg, Chapter 13 Standing Trustee, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 7, 2026

By: /s/Scott E Kehiaian

Name: Scott E Kehiaian

Title: TEN Representative