UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

KB-583-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Kinecta Federal Credit Union

**Order Filed on September 24, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 26-14888

In Re:

WAYNE SLACK
BETH ANN SLACK

Judge: (MEH)

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: September 24, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

**(Page 2)**
Debtors: Wayne and Beth Ann Slack
Case No: 26-14888
Caption of Order: Order Resolving Objection To Confirmation

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Kinecta Federal Credit Union ("Kinecta"), with the appearance of Scott J. Goldstein, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Kinecta is the holder of a first purchase money security interest encumbering a 2019 Chrysler Pacifica bearing vehicle identification number 2C4RC1BG4KR705469.**

2. **That the secured amount that Kinecta shall be paid through the Debtors' Plan shall be $16,189.91. This amount is reached using the agreed value of the vehicle of $13,075.00, amortized at 8.75% over 60 months.**

3. **That the Chapter 13 Trustee is hereby directed to make an immediate lump sum adequate protection payment to Kinecta in the amount of $650.00 through September 2026 and thereafter, each month commencing October 2026, make monthly adequate protection payments to Kinecta in the amount of $130.00. Adequate protection payments to Kinecta shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Kinecta. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Kinecta until the remaining counsel fees have been paid. The Debtors shall receive a credit for all adequate protection payments made against the total amount to be received by Kinecta through the Plan.**

4. **That Kinecta shall retain its lien on the vehicle until the earlier of payment of the underlying debt under non-bankruptcy law or the Debtors receiving a discharge.**