Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 26−14888−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Wayne Slack<br>109 Brooklyn Stanhope Road<br>Stanhope, NJ 07874 | Beth Ann Slack<br>aka Bethann Farina<br>109 Brooklyn Stanhope Road<br>Stanhope, NJ 07874 |

Social Security No.:

| | |
|---|---|
| xxx−xx−1962 | xxx−xx−4607 |

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Mark Edward Hall on:

Date: 12/2/26
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Scott J. Goldstein, Debtor's Attorney, period: 10/22/2025 to 10/27/2026.

COMMISSION OR FEES
fee: $6,690.00.

EXPENSES
$524.71.

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 29, 2026
JAN: as

Jeanne Naughton
Clerk